**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ROBINSON OUTDOOR, LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No.: 4:26-cv-00387 |
| | ) | |
| CITY OF FARMINGTON | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GREGORY BEAVERS, *in his* | ) | |
| *individual and official capacities* | ) | |
| | ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

COME NOW Plaintiff Robinson Outdoor, LLC ("Robinson") and Defendants City of Farmington, Missouri (the "City") and Gregory Beavers (collectively, the "Defendants"), by and through their respective counsel, and jointly submit this Status Report pursuant to the Court's June 15, 2026 Order.

1.     On March 18, 2026, Robinson filed its Verified Complaint (Doc. 1) and its Motion for Emergency Temporary Restraining Order and Preliminary Injunction (Doc. 5), seeking, among other relief, restoration of electrical service to the property located at 792 Sunset Drive, Farmington, Missouri (the "Property").

2.     On March 24, 2026, Robinson filed a petition seeking annexation of the Property into the City of Farmington.

3.     During the pendency of Robinson's Motion for Temporary Restraining Order and Preliminary Injunction, the Parties advised the Court that annexation of the Property could resolve the dispute regarding the availability of municipal electrical service. Based upon those representations, the Parties jointly requested modifications to the briefing schedule and hearing on Robinson's request for preliminary injunctive relief while the annexation process proceeded.

4.      On June 12, 2026, the Parties submitted Status Reports advising the Court that annexation had not been completed as anticipated because the City had annexed only a portion of the Property, leaving one parcel outside the City limits.

5.      On June 15, 2026, the Court entered its Order directing the Parties to file a Status Report no later than July 15, 2026, addressing whether this action has become moot.

6.      The Parties now advise the Court that, as of July 15, 2026, all parcels comprising the Property located at 792 Sunset Drive have been annexed into the City of Farmington.

7.      In light of the completion of the annexation process, the Parties agree that Robinson's Motion for Emergency Temporary Restraining Order and Preliminary Injunction (Doc. 5), which sought restoration of electrical service pending resolution of this action, has been rendered moot by subsequent events.

8.      The Parties further agree, however, that completion of the annexation process has not resolved Robinson's Verified Complaint. Robinson's Complaint asserts claims under 42 U.S.C. § 1983, seeks declaratory relief, compensatory damages, punitive damages against Defendant Beavers in his individual capacity, attorneys' fees and costs pursuant to 42 U.S.C. § 1988, and other relief arising from the conduct alleged in the Complaint. Defendants deny liability as to those claims. Accordingly, although the request for temporary and preliminary injunctive relief has been rendered moot, the underlying action presents a live controversy and is not moot.

9.      The Parties respectfully submit this Joint Status Report in compliance with the Court's June 15, 2026 Order and request that the Court deem Robinson's Motion for Emergency Temporary Restraining Order and Preliminary Injunction (Doc. 5) moot and permit this action to proceed on the remaining claims asserted in Robinson's Verified Complaint.

Dated: July 15, 2026

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, LC**

*/s/ Heidi L. Eckert*
Heidi L. Eckert, #68916
Julie M. Chambers, #65434
120 S. Central Avenue, Ste. 1500
St. Louis, MO 63105
314.863-1500 - *Phone*
314.863-1877 - *Fax*
heckert@bbdlc.com
jchambers@bbdlc.com

*Attorneys for Robinson Outdoor, LLC*

**SCHNAPP, SILVEY, REID & BOLLINGER, L.L.C.**

*/s/ R. Scott Reid*
R. Scott Reid, #42841
135 East Main Street
P.O. Box 151
Fredericktown, MO 63645
573.783.7212 – *Phone*
573.783.7812 – *Fax*
sreid@schnapplaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all parties registered with the Court's e-filing system as attorneys of record on this 15th day of July 2026.

*/s/ Heidi L. Eckert*